FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2010 MAR 15 PM 1:23

TIM J. ELLIS CLERK

BY_____
    DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In Re: )
   HOFER, WILLIAM EDWARD ) Case No. 08-20026 PJM
 )
   BUILDING, HOFER )
 )
      Debtor(s) )

## TRANSMITTAL OF SMALL DIVIDENDS

I, RANDY L. ROYAL, Trustee of the above-estate, hereby respectfully reports:

1. Pursuant to Bankruptcy Rule 3010, the following is a list of small dividends not paid in this case.

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| SHERIDAN COUNTY TREASURER | 224 SOUTH MAIN STREET, STE B-3<br>SHERIDAN, WY 82801 | $3.77 |
| SHERIDAN COUNTY TREASURER | 224 SOUTH MAIN STREET, STE B-3<br>SHERIDAN, WY 82801 | $4.93 |

    2. That the Trustee's check for $8.70 payable to the Clerk, U.S. Bankruptcy, is attached to this report and list.

    DATED this 12 day of March, 2010.

_____
RANDY L. ROYAL, Trustee in Bankruptcy